# **EXHIBIT J**

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| | CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).<br><br>For example, Defendant Raising Cane's Restaurants, LLC ("Raising Cane's") uses the Raising Cane's Mobile App ("Raising Cane's Mobile App") as employed on mobile devices, tablets, *etc.*, for testing and for employees to assist customers and to maneuver between stores, and Raising Cane's also provides the Raising Cane's Mobile App to its customers through the App Store and Google Play Store.<br><br>Raising Cane's has induced end-users, including, but not limited to, its customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Raising Cane's took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Raising Cane's included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Raising Cane's is performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Raising Cane's is aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Raising Cane's inducement is ongoing.<br><br>Raising Cane's has also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Raising Cane's has contributed to the direct infringement of this claim (and any asserted dependent claims) by its personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Raising Cane's customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Raising Cane's contributory infringement is ongoing. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|



Source: APP STORE

## Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|



Source: GOOGLE PLAY STORE

Case 2:26-cv-00629-JRG-RSP    Document 1-10    Filed 07/28/26    Page 5 of 10 PageID #: 198

| CLAIM | | Evidence: Raising Cane's Mobile App |
|---|---|---|
| 1(a) | a memory of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system with a memory of a mobile device storing a first non-browser application and a second non-browser application.<br><br>For example, Raising Cane's makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Raising Cane's Mobile App) and a second non-browser application.<br><br><br><br>Source: Screenshots of the Raising Cane's Mobile App and Apple Maps. |
| 1(b) | a processor of the mobile device executing the first non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products provide a processor of the mobile device executing the first non-browser application.<br><br>For example, Raising Cane's makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a processor of the mobile device (*e.g.,* smartphone, tablet, etc.) that executes the first non-browser application (*e.g.*, Raising Cane's Mobile App). |

# Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145

Case 2:26-cv-00629-JRG-RSP    Document 1-10    Filed 07/28/26    Page 6 of 10 PageID #: 199

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|
| | <br>Source: Screenshot of the Raising Cane's Mobile App. |
| **1(c)** a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface displays a first map, an icon corresponding to a location on the first map and a text | As detailed below, based on analyses of publicly available information, the Accused Products provide a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface displays a first map, an icon corresponding to a location on the first map and a text associated with the icon.<br><br>For example, Raising Cane's makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a touch screen (*e.g.,* all modern mobile devices have touch screens) of the mobile device displaying a user interface of the first non-browser application (*e.g.*, Raising Cane's Mobile App) wherein the first user interface displays a first map, an icon corresponding to a location on the first map and a text associated with the icon. |

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|
| associated with the icon; | <br>Source: Screenshots of the Raising Cane's Mobile App. |
| 1(d) a GPS device of the mobile device determining a location of the mobile device; and | As detailed below, based on analyses of publicly available information, the Accused Products provide a GPS device of the mobile device determining a location of the mobile device.<br><br>For example, Raising Cane's makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a GPS device of the mobile device determining a location of the mobile device (*e.g.*, using the "location services" feature and/or the "Use Your Location" feature). |

**Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145**

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|
| | Source: Screenshots of the Raising Cane's Mobile App |
| 1(e) a mapping component of the first non-browser application configured to communicate with an online mapping service, and | As detailed below, based on analyses of publicly available information, the Accused Products provide a mapping component of the first non-browser application configured to communicate with an online mapping service. For example, Raising Cane's makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a mapping component (*e.g.*, code) of the first non-browser application (*e.g.*, Raising Cane's Mobile App) configured to communicate with an online mapping service (*e.g.*, a map server). |

**Evidence of Use Regarding Infringement of U.S. Patent No. 11,937,145**

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|
| | <br>*Source*: Screenshots of the Raising Cane's Mobile App. |
| 1(f) | wherein upon receiving a touch of the touch screen corresponding to the text, the mapping component transmits a query including the location of the mobile device and the location of the icon to the online | As detailed below, based on analyses of publicly available information, the Accused Products provide a system wherein upon receiving a touch of the touch screen corresponding to the text, the mapping component transmits a query including the location of the mobile device and the location of the icon to the online mapping service, and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon.<br><br>For example, Raising Cane's makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein upon receiving a touch of the touch screen corresponding to the text, the mapping component (*e.g.,* code) transmits a query including the location (see below) of the mobile device and the location of the icon to the online mapping service (*e.g.*, a map server), and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of |

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|
| mapping service, and wherein, in response to the query, the touch screen displays in a second user interface of the second non-browser application a second map of the location of the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon. | the mobile device, the location of the icon and a route between the location of the mobile device and the location of the icon.  Source: Screenshots of the Raising Cane's Mobile App and Apple Maps. |