# EXHIBIT K

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| CLAIM | | Evidence: Raising Cane's Mobile App |
|---|---|---|
| 1 | A system for displaying location-based content on a digital map displayed on a mobile device, comprising: | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system displaying location-based content on a digital map displayed on a mobile device (such as a smartphone, tablet, *etc.*).<br><br>For example, Defendant Raising Cane's Restaurants, LLC ("Raising Cane's") uses the Raising Cane's Mobile App ("Raising Cane's Mobile App") as employed on mobile devices, tablets, *etc.* for testing and for employees to assist customers and to maneuver between stores, and Raising Cane's also provides the Raising Cane's Mobile App to its customers through the App Store and Google Play Store.<br><br>Raising Cane's has induced end-users, including, but not limited to, its customers, employees, partners, or contractors, to directly infringe, either literally or under the doctrine of equivalents, this claim (and any asserted dependent claims) by providing or requiring use of the Accused Products. Raising Cane's took active steps, directly or through contractual relationships with others, with the specific intent to cause them to use the Accused Products in a manner that infringes this claim (and any asserted dependent claims). Such steps by Raising Cane's included, among other things, advising or directing personnel, contractors, or end-users to use the Accused Products in an infringing manner; advertising and promoting the use of the Accused Products in an infringing manner; or distributing instructions that guide users to use the Accused Products in an infringing manner. Raising Cane's is performing these steps, which constitute induced infringement with the knowledge of this claim (and any asserted dependent claims) and with the knowledge that the induced acts constitute infringement. Raising Cane's is aware that the normal and customary use of the Accused Products by others would infringe this claim (and any asserted dependent claims). Raising Cane's inducement is ongoing.<br><br>Raising Cane's has also indirectly infringed by contributing to the infringement of this claim (and any asserted dependent claims). Raising Cane's has contributed to the direct infringement of this claim (and any asserted dependent claims) by its personnel, contractors, and customers. The Accused Products have special features that are specially designed to be used in an infringing way and that have no substantial uses other than ones that infringe this claim (and any asserted dependent claims). The special features include, for example, allowing Raising Cane's customers using a mobile device to identify their locations, provide mapping data to an identified location, and display that data. The special features constitute a material part of the invention of this claim (and any asserted dependent claims) and are not staple articles of commerce suitable for substantial non-infringing use. Raising Cane's contributory infringement is ongoing. |

Page |K-1

**Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177**

**Evidence: Raising Cane's Mobile App**

| CLAIM | |
|---|---|



Source: APP STORE

Page |2

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|



Source: GOOGLE PLAY STORE

Page |K-3

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| | CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|---|
| 1(a) | a memory of a mobile device storing a first non-browser application and a second non-browser application; | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a memory of a mobile device storing a first non-browser application and a second non-browser application. For example, Raising Cane's makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a memory of a mobile device storing a first non-browser application (*e.g.*, Raising Cane's Mobile App) and a second non-browser application (*e.g.*, a mapping application integrated/interfacing with Google Maps and/or Google Maps application and/or service and/or Apple Maps application and/or services).  Source: Screenshots of the Raising Cane's Mobile App and Apple Maps. |
| 1(b) | a processor of the first mobile device executing the | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a processor of the mobile device executing the first non-browser application. For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a processor of the first mobile device executing the first non-browser application (*e.g.*, Raising Cane's Mobile App). |

Page |K-4

Case 2:26-cv-00629-JRG-RSP    Document 1-11    Filed 07/28/26    Page 6 of 11 PageID #: 209

| | CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|---|
| | first non-browser application; | <br><br>Source: Screenshots of the Raising Cane's Mobile App. |
| 1(c) | a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system comprising a touch screen of the mobile device displaying a first user interface of the first non-browser application, wherein the first user interface is adapted to receive text corresponding to a location entered by a user.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a touch screen of the mobile device displaying a first user interface of the first non-browser application (*e.g.*, Raising Cane's Mobile App), wherein the first user interface is adapted to receive text corresponding to a location entered by a user (see below). |

Page |K-5

| | CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|---|
| | adapted to receive text corresponding to a location entered by a user; | Source: Screenshots of the Raising Cane's Mobile App. |
| 1(d) | a mapping component transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the | As detailed below, based on analyses of publicly available information, the Accused Products comprise a system comprising a mapping component transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) a mapping component (*e.g.*, code) transmitting the text to an online mapping service and receiving, in response, map data corresponding to the location, wherein the map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map (see below). |

Page |K-6

Case 2:26-cv-00629-JRG-RSP    Document 1-11    Filed 07/28/26    Page 8 of 11 PageID #: 211

| CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|
| map data includes a first map and at least one point-of-interest corresponding to the location displayable on the first map, | <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Source: Screenshot of the Raising Cane's Mobile App |

Page |K-7

| | CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|---|
| 1(e) | wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein the first non-browser application displays a second user interface displaying the first map and the at least one point-of-interest.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein the first non-browser application (*e.g.*, Raising Cane's Mobile App) displays a second user interface displaying the first map and the at least one point-of-interest (*e.g.,* location of the selected store).<br><br><br><br>Source: Screenshot of the Raising Cane's Mobile App. |

Case 2:26-cv-00629-JRG-RSP    Document 1-11    Filed 07/28/26    Page 10 of 11 PageID #: 213

| | CLAIM | Evidence: Raising Cane's Mobile App |
|---|---|---|
| 1(f) | wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest, and | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest.<br><br>For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein a user selection of a selected one of the at least one point-of-interest causes the mapping component to transmit a query to the online mapping service corresponding to the selected one of the at least one point-of-interest (*e.g.,* location of the selected store).<br><br><br><br>Source: Screenshots of the Raising Cane's Mobile App. |

# Evidence of Use Regarding Infringement of U.S. Patent No. 12,185,177

| CLAIM | | Evidence: Raising Cane's Mobile App |
|---|---|---|
| 1(g) | wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest. | As detailed below, based on analyses of publicly available information, the Accused Products comprises a system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest. For example, Defendant makes, uses, sells, and/or offers to sell (and induces and contributes to the same of others) the system wherein, in response to the query, the touch screen displays a third user interface of the second non-browser application including a second map of the selected one of the at least one point-of-interest.  Source: Screenshots of the Raising Cane's Mobile App and Apple Maps. |

Page |K-10